RECEIVED
JAN - 3 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| BRETT D. MCELWEE, ET AL | * | CIVIL ACTION NO. 08-0993 |
| VERSUS | * | JUDGE DOHERTY |
| SOUTHERN HOME MEDICAL EQUIPMENT INC., ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion for Default Judgment [rec. doc. 28] is **DENIED**.

Lafayette, Louisiana, this 3 day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE